IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HYMAN GARCIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER DIEHL, ET AL. | : | NO. 11-0625 |

## O R D E R

AND NOW, this 3 day of March, 2011, having considered plaintiff's pro se motion to proceed in forma pauperis and his 42 U.S.C. § 1983 civil rights complaint, it is hereby ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis is **GRANTED**.

2. All further proceedings in this case shall be **STAYED** until plaintiff informs the Court that his federal criminal case has been resolved, including any available appellate or collateral proceedings.

3. The Clerk of Court shall **TRANSFER** this case to the civil suspense file and the case shall remain **CLOSED** for statistical purposes.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.